IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2015 APR 23  A 11:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NEdRicK Boyd #199376 )
Full name and prison number )
of plaintiff(s) )
)
)
v. )
)
Sgt. JuANice O. Cole )
Sgt. Ross )
Lt. Cooper )
WARden Daniels )
)
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:15-CV-267-WKW-WC
(To be supplied by the clerk
of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal
        court dealing with the same or similar facts involved
        in this action?  YES( )  NO(✓)

    B.  Have you begun other lawsuits in state or federal
        court relating to your imprisonment?  YES( )  NO(✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

4

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bibb Correctional_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Elmore Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt. Juanice O. Cole | 3520 Marion Spillway Road |
| 2. | Sgt. Ross | Elmore, Ala. 36025 |
| 3. | Lt. Cooper | " |
| 4. | Warden Daniels | " All same addressed |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 2014_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I was assaulted by Correction Officer Sgt. Juanice O. Cole, under Excessive use of Force_

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Facts which supports This ground Is The Video Survellance, That was Reviewed by Internal Investigation officers, That Talked with me About The matter In March 2015, And stated To me That Sgt. Juanice O. Cole was wrong And did I want Action Taken

GROUND TWO: _____

SUPPORTING FACTS: The video Survellance Indicates That Sgt Ross, And L.t. Cooper observed The Incodent And Allowed The wrongful Action of Their Fellow Officer, see Attached statement

GROUND THREE: _____

SUPPORTING FACTS: _____

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm asking of the Court to take action against these officers, who has caused me mental stress and punitive damages, and I ask of $100,000.00 Dollars from each envolved.

*Nedrick Boyd #199376*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-20-15
(Date)

*Nedrick Boyd*
Signature of plaintiff(s)

7

(1)

## Statement

On or around December 2014, I was being housed at Elmore Correctional Facility, under the care of Warden Daniels, when I was assaulted by Correction Officer Sgt. Juanice O. Cole, who committed a wrongful act of Excessive Force.

Evidence of video surveillance from the facility indicates, that while being in handcuffs "Correction Officer Sgt. Juanice O. Cole, violated my Constitutional Right upon the 8th Amendment of Cruel and unusual punishment, by beating me across my head several times and hitting me in my eye, while in the Shift Commanders office.

Sgt. Ross and Lit. Cooper, did observe this wrongful act, as the two were present in the office" and did nothing to stop the behavior of their fellow officer, and after the incodent took place, Sgt. Ross transported me to Staton prison, to receive a Body Chart" as I explained that I was assaulted by a correction officer to the Nurse practitioner, and I did explain "that I was struck across the head several times, and upon my eye.

After my Body Chart, I was returned to Elmore Correctional by Sgt. Ross" and when I arrived back at the facility, I received threats from Sgt. Ross, Lit. Cooper and my assaultant Sgt. Juanice O. Cole, and Lit. Cooper then told me to write a statement, saying another inmate

Hit me instead of Sgt. Juanice O. Cole, so being in fear at the time, I followed orders" and Lit. Cooper took the handcuffs off me, and sent me back to my assigned dorm.

The next day I was put on transport to Bibb County Correctional, and around the end of the month of March 2015, I was transported by officer Sanford of Bibb Correctional, to Montgomery County Alabama "Internal Investigation Office" who again question me about the incodent, and received my statement of what happen about the excessive use of force committed against me.

The officer told me, that they reviewed the video survellance from the Elmore facility, and that I was right, the officer was wrong" and Sgt. Ross and Lit. Cooper was wrong for allowing their fellow worker, to assault me while I was in handcuffs, which was a violation of procedures, and asked me did I want to press any charges, and I stated yes" The officer was wrong, and action should be taken, and I was then returned to Bibb Correctional, where I'm presently being housed.

_Nedrick Boyd_

Cedrick Boyd #199376-A1-36B
Bibb correctional facility
565 Bibb Lane
Brent, AL 35034

"This correspondence is from an Alabama State Prison. The Department of Corrections has not been evaluated, and is not responsible for the substance or content of communication."

Debra P. Hackett
United States District Court
District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

LEGAL
MAIL