IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEDRICK BOYD, #199376 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE #: 2:15-cv-267-WKW |
| ) | |
| SERGEANT JUANICE COLE, et al ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STAY FURTHER PROCEEDINGS

COMES NOW defendants' counsel and hereby moves this Honorable Court to stay proceedings in this matter and, for grounds, state as follows:

1. The plaintiff has informed defense counsel by phone that he has accepted defendants' offer to settle the case.

2. Defense counsel is currently waiting on the settlement agreement to be signed and returned to counsel. Defense counsel is also waiting on W-9 forms from the payee.

3. While waiting on said forms to be returned to defense counsel, defense counsel learned that the State of Alabama has implemented a new payment system that would require additional forms to be completed by the payee.

4. In addition, due to the implementation of the new system, it is estimated that payments and settlements will be delayed.

**WHEREFORE, PREMISES CONSIDERED,** undersigned counsel moves this Honorable Court to stay all proceedings, including the Court's order for a special report and answer due on September 28, 2015.

        Respectfully Submitted,

        Luther Strange (STR-003)
        Attorney General

        */s/Bettie J. Carmack*
        Bettie J. Carmack (CAR-132)
        *Assistant Attorney General*
        501 Washington Avenue
        Montgomery, AL 36130
        Phone: (334) 353-5305
        Fax: (334) 242-2433

**CERTIFICATE OF SERVICE**

I certify that I have this 17th day of August, 2015, electronically filed the foregoing pleading with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Nedrick Boyd, #199376
Bibb Correctional Facility
565 Bibb Lane
Brent, AL  35034

        /s/  BETTIE J. CARMACK
        OF COUNSEL