IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2015 SEP 22  P 2: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NEDRICK BOYD, #199376 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE #: 2:15-cv-267-WKW |
| ) | |
| JUANICE O. COLE, et al ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS

**COMES NOW**, the plaintiff, NEDRICK BOYD, and the defendants, through counsel, and move this Honorable Court to dismiss the above stated cause of action and, for grounds, state as follows:

*The parties have resolved all pending issues in the case.*

This the _15_ day of September _15_, 2015.

_____
Bettie J. Carmack (CAR-132)
Alabama Attorney General's
Office – Counsel for Defendants
501 Washington Avenue
Montgomery, AL 36130

_Nedrick Boyd_
Nedrick Boyd
AIS #199376
Bibb Correctional Facility
565 Bibb Lane
Brent, AL
35034

_NedRickBoyd 199376_          9/15/15
Nedrick Boyd                                          Date
Plaintiff

The State of Alabama     )
County of __Bibb__        )

     BEFORE ME, the undersigned authority, on this _15_ day of _September_, 2015, personally appeared **Nedrick Boyd**, known to me to be the person whose name is subscribed to the foregoing document, and having been by me first duly sworn on oath, acknowledged that he executed the same for the purposes and considerations therein expressed and that the foregoing signature is his true and correct signature.

                                      _Laura Hines_
                                      NOTARY PUBLIC
                                      My Commission Expires: _9-26-15_

_Bettie Carmack_                                   9-22-15
Bettie J. Carmack                                     Date
*Assistant Attorney General*
*Attorney for Cole, Daniels, Ross,*
*and Cooper*
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36104
(334) 353-5305
(334) 242-2433 (Fax)

4